## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Steven C. Mannion |
| v. | : Mag. No. 19-6022 |
| COHEN EASTON (04) | : **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Jamie L. Hoxie, Assistant United States Attorney), and defendant Cohen Easton (by Stephen N. Dratch, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through July 31, 2019 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and one prior continuance having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)   The defendant has requested reasonable time necessary for effective preparation in this matter;

(2)    Both the United States and the defendant seek additional time to conduct plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(3) The defendant has consented to the aforementioned continuance;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 3 day of May 2019;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through July 31, 2019; and it is further

ORDERED that the period from the date this Order is signed through July 31, 2019 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE STEVEN C. MANNION
United States Magistrate Judge

19mj6022

Form and entry consented to:

_____
Jamie L. Hoxie
Assistant U.S. Attorney

RECEIVED IN THE CHAMBERS OF

MAY - 3 2019

TIME:_____ M
HON. STEVEN C. MANNION, U.S.M.J.

_____ w/p
Meredith J. Williams
Chief, OCDETF/Narcotics Section
U.S. Attorney's Office

_____
Stephen N. Dratch, Esq.
Counsel for Defendant Cohen Easton

3

RECEIVED IN THE CHAMBERS OF

MAY - 3 2019

HON. STEVEN C. MANNION, U.S.M.J.